IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH GOLPHIN,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4203

Opinion filed March 9, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Joseph Golphin, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.